E-FILED
Tuesday, 24 February, 2026 04:40:09 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| Anthony Boyce (R52162), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 24-cv-3188 |
| | ) | |
| v. | ) | |
| | ) | Honorable Jonathan E. Hawley |
| Brittany Greene, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED MOTION FOR SUMMARY JUDGMENT**

Defendants Brandon Hays and James Huggins, by and through their attorney, Kwame Raoul, Attorney General of Illinois, hereby respond to Plaintiff's Motion for Leave to file an Amended Motion Summary Judgment, Dkt. No. 98, and state as follows:

**INTRODUCTION**

On November 25, 2025, the Court entered an order that set April 7, 2026 as the fact discovery deadline and May 7, 2026 as the dispositive motion deadline. Dkt. 87. On February 4, 2026, Plaintiff filed his Motion for Leave to File Motion for Summary Judgment. Dkt. No. 96. On February 10, 2026, before Defendants responded to his original motion, Plaintiff filed the instant motion seeking leave to file an amended motion for summary judgment against Defendants Hays and Swaim. Dkt. No. 98. Of course, Plaintiff would be within his rights to file a summary judgment any day prior to May 7, 2026, Dkt. No. 87, and as such, Defendants don't have standing to oppose. However, Defendants respectfully request that any response to such a motion be stayed until discovery is completed. Further, while it is not Defendants place to advise Plaintiff on litigation strategy, Defendants respectfully ask this Court to consider entering an order explaining to Plaintiff

the benefits of waiting for the resolution of discovery—or at least the pending discovery disputes—before filing his motion for summary judgment.

## ARGUMENT

Discovery in this matter is ongoing and does not close until April 7, 2026. Dkt. No. 87. Presently, a dispute about discovery propounded by Plaintiff is outstanding. Dkt. Nos. 94, 100, 101. Plaintiff filed a Motion to Compel on January 27, 2026, Dkt. No. 94, seeking the Court to compel Defendants' Hays and Huggins responses to his Second Set of Interrogatories and Requests for Production of Documents directed to Defendant Hays, Second Set of Requests for Admissions directed to Defendant Hays, First Set of Interrogatories and Requests for Production of Documents directed to Defendant Huggins, and First Set of Requests for Admissions directed to Defendant Huggins. Dkt. No. 94. Defendants filed their response to Plaintiff's motion on February 17, 2026, Dkt. No. 100, and mailed responses to Plaintiff's Second Set of Requests for Admissions directed to Defendant Hays and First Set of Requests for Admissions directed to Defendant Huggins on February 24, 2026. Dkt. No. 101. Resolutions have not been reached on Plaintiff's Second Set of Interrogatories and Requests for Production of Documents directed to Defendant Hays and First Set of Interrogatories and Requests for Production of Documents directed to Defendant Huggins.

Further, Defendants have not yet taken Plaintiff's deposition, which is necessary before Defendants can reasonably file or respond to any dispositive motion. The undersigned expressed as much to Plaintiff during a phone call on February 5, 2026, which Plaintiff referred to in his Motion to Object, filed on February 9, 2026. Dkt. No. 97. Defendants intend to take Plaintiff's deposition before the April 7, 2026 discovery deadline.

**CONCLUSION**

As a technical matter, Plaintiff is within his rights to file a motion for summary judgment, but just because one can do something doesn't mean they should. Defendants believe the most efficient course of action would be for Plaintiff to withdraw his current motion and wait for the evidentiary record to be completely developed prior to moving for summary judgment. If Plaintiff is to proceed, Defendants ask that their response be stayed until May 7 at which point they will respond and may file a cross-motion for summary judgment.

Dated: February 24, 2026

Respectfully Submitted,

KWAME RAOUL
Attorney General of Illinois

By: /s/*Ariella Campisi*
Ariella Campisi, ARDC # 6348724
Assistant Attorney General
General Law Bureau
115 S. LaSalle Street
Chicago, Illinois 60603
(312) 793-1837
ariella.campisi@ilag.gov

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 24, 2026, she electronically filed the foregoing document using the Court's CM/ECF system and caused a copy of the foregoing document to be sent to the following address:

Anthony Boyce, R52162
Illinois River Correctional Center
Inmate Mail/Parcels
PO Box 999
Canton, IL 61520

By: *s/ Ariella Campisi*